Scott N. Hunt, OSB #92343
shunt@busseandhunt.com
BUSSE & HUNT
521 American Bank Building
621 SW Morrison Street
Portland, OR 97205
Telephone: (503) 248-0504
Facsimile: (503) 248-2131

    Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROSEMARY KNAPP,<br><br>    Plaintiff,<br><br>v.<br><br>QWEST COMMUNICATIONS CORPORATION, a Delaware corporation, and MALHEUR HOME TELEPHONE COMPANY, an Oregon corporation, d/b/a MALHEUR BELL COMPANY,<br><br>    Defendants. | Case No. CV05-1427-SU<br><br>STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE |

    The parties hereby stipulate that this case may be dismissed with prejudice and without costs or attorneys' fees to either party.

**IT IS SO STIPULATED**:

BUSSE & HUNT                                   PERKINS COIE LLP

_____                        _____
SCOTT N. HUNT, OSB #92343                      DAVID P.R. SYMES, OSB #96135
Of Attorneys for Plaintiff                     Of Attorneys for Defendant

Dated: August __14__, 2006                     Dated: August __31__, 2006

1 - STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

BUSSE & HUNT
*Attorneys at Law*
521 AMERICAN BANK BUILDING
621 S.W. MORRISON STREET
PORTLAND, OREGON 97205
TELEPHONE: (503) 248-0504